IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. 3:19CR 102 |
| ROBERT SANDY, | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Theft of Public Money)

Beginning in or about February 2015 and continuing to in or about March 2019, in the Eastern District of Virginia, ROBERT SANDY, the defendant, did knowingly steal, purloin, and convert to his own monies more than $1,000 belonging to the Social Security Administration (that is, Social Security Title II Retirement Benefits, to which he was not entitled), in violation of Title 18, United States Code, Section 641.

### Forfeiture Allegation

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant is hereby notified that upon conviction of the offense charge in Count One of this Criminal Information, the defendant shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to the violation. Property subject to forfeiture includes proceeds

1

of at least $96,337.00. If the property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461.)

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Jessica D. Aber
Assistant United States Attorney