# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**
v.                                                    Case. No. 3:19cr102
**Robert Sandy**
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

PLACE: **UNITED STATES DISTRICT COURT**
**701 EAST BROAD STREET**
**RICHMOND, VIRGINIA 23219**

COURTROOM:
5300/7000

DATE & TIME:
8/7/19
@ 2:05 p.m. and 2:30 p.m.

Before: The Honorable Roderick C. Young and Henry E. Hudson
To answer a(n):

☐ Indictment  ☐ Superseding Indictment  ☒ Criminal Information  ☐ Complaint
☐ Order of Court  ☐ Sealed Order of Court
☐ Petition on Supervised Release  ☐ Petition on Probation
☐ Violation of Pretrial Release  ☐ Violation Notice

Charging you with a violation of:
Brief description of offense: 18 U.S.C. §641 – Theft of Public Money

**YOU ARE ALSO SUMMONED TO APPEAR** for a initial/bond before the Honorable Roderick C. Young on and plea before the Honorable Henry E. Hudson on August 7, 2019 in Courtroom Nos. 5300 and 7000.

<u>**UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:**
**UNITED STATES PRETRIAL SERVICES**
Suite 1150
701 East Broad Street
Richmond, Virginia 23219
(804) 916-2800</u>

COPY

_____
Signature of Issuing Officer

July 23, 2019
Date

J. Saunders, Deputy Clerk
Name and Title of Issuing Officer