# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

v.                                    **Case. No.  3:19cr102**

**Robert Sandy**
*(please see additional page for personal identifiers)*

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

PLACE:  **UNITED STATES DISTRICT COURT**
**701 EAST BROAD STREET**
**RICHMOND, VIRGINIA 23219**

COURTROOM:
5300/7000

DATE & TIME:
8/7/19
@ 2:05 p.m. and 2:30 p.m.

Before: The Honorable Roderick C. Young and Henry E. Hudson
To answer a(n):

☐ Indictment ☐ Superseding Indictment ☒ Criminal Information ☐ Complaint
☐ Order of Court ☐ Sealed Order of Court
☐ Petition on Supervised Release ☐Petition on Probation
☐Violation of Pretrial Release ☐Violation Notice

Charging you with a violation of:
Brief description of offense: 18 U.S.C. §641 – Theft of Public Money

**YOU ARE ALSO SUMMONED TO APPEAR** for a initial/bond before the Honorable Roderick C. Young on and plea before the Honorable Henry E. Hudson on August 7, 2019 in Courtroom Nos. 5300 and 7000.

UPON RECEIPT OF THIS SUMMONS, YOU ARE REQUIRED TO CONTACT:
UNITED STATES PRETRIAL SERVICES
Suite 1150
701 East Broad Street
Richmond, Virginia 23219
(804) 916-2800

Signature of Issuing Officer

J. Saunders, Deputy Clerk
Name and Title of Issuing Officer

July 23, 2019
Date

RECEIVED
UNITED STATES MARSHAL
JUL 23 2019
RICHMOND

# RETURN OF SERVICE

This summons was received by me:

Date: 7-24-19

Name of Server: *Kevin Trujillo*    Title: *SC Dism #4*

Check one box below to indicate appropriate method of service:

☐ I personally served the summons on the defendant on: [date]  or

☑ On [date] , I left the summons at the defendant's residence or usual place of abode on with [name], a person of suitable age and discretion who resides there, and I mailed a copy of the summons to the defendant's last known address; or *Served Atty Grady #4*

☐ On [date] , I delivered a copy of the summons to [name] who is authorized to receive service of process on behalf of [organization] , and I mailed a copy to the organization's last known address within the district or to its principal place of business in the United States; or

☐ On [date] , the summons was returned unexecuted because: _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | | TOTAL |
|---|---|---|---|---|
| N/A | | N/A | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct to the best of my knowledge and belief.

Executed on 7/24/19
Date

_____
Signature of Server

Richmond, VA
Address of Server